IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MICKENS, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 2:12-cv-1039 |
| MICHAEL W. HARLOW; SUPERINTENDENT; and THE ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, | ) District Judge Mark R. Hornak |
| Respondents. | ) |

**MEMORANDUM ORDER**

On July 25, 2012, the above captioned case was initiated by the filing of a Motion for Leave to Proceed *in forma pauperis* accompanied by a Petition for Writ of Habeas Corpus (ECF No. 1) and was referred to a united states magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

The magistrate judge filed a Report and Recommendation on July 31, 2012 (ECF No. 4) recommending that the Petition for Writ of Habeas Corpus be dismissed pre-service as a successive 2254 petition for which the Petitioner has not demonstrated the necessary certification from the Court of Appeals for the Third Circuit as required under 28 U.S.C. § 2244(b)(3). On August 6, 2012, Petitioner filed a Supplement, which the Court will construe as objections to the Report and Recommendation. Petitioner's objections do not undermine the recommendation of the magistrate judge.

1

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

AND NOW, this 30th day of August, 2012:

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED** as a successive 2254 petition for which the Petitioner has not demonstrated the necessary certification from the Court of Appeals for the Third Circuit as required under 28 U.S.C. § 2244(b)(3).

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 4) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

Mark R. Hornak
United States District Judge

Robert Mickens
CT-7015
SCI Albion
10745 Route 18
Albion, PA 16475-0002